MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand twenty-two,

Before:     Robert D. Sack,
                Raymond J. Lohier, Jr.,
                William J. Nardini,
                      *Circuit Judges*.

_____

Kathryn Hyland, Melissa Garcia, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, Elizabeth Taylor, and Anthony Church, each individually and on behalf of all others similarly situated,

        Plaintiffs - Appellees,

v.

Navient Corporation, Navient Solutions LLC,

        Defendants - Appellees,

v.

William Yeatman, Richard Estle Carson, III,

        Objectors - Appellants.

**JUDGMENT**

Docket Nos. 20-3765(L), 20-3766(CON)

_____

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/14/2022